# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Joseph Clark, /f/k/a Lonny Bristow, | Case No. 3:23-mc-00033 |
| Plaintiff, | |
| v. | **ORDER** |
| Cedar Fair, L.P. *et al.*, | |
| Defendants | |

*Pro se* plaintiff Joseph Clark, formerly known as Lonny Bristow, filed a motion seeking leave to file a complaint against Defendants Cedar Fair, L.P. and Security Guard Craig M. (Doc. 1).

Pursuant to an order entered by Judge Gwin in *Bristow v. Ryznar, et. al.*, No. 4:00-cv-1461, Plaintiff is enjoined from filing any new cases without first seeking and obtaining leave of court. Thus, under the Order, Plaintiff must first file a motion for leave to file any new complaint. The Order also requires Plaintiff file a declaration or affidavit certifying that his claim is a new issue, the claim is not frivolous, and the claim is not made in bad faith. Plaintiff must identify every suit which has been filed previously by him and against the defendants in the suit he wishes to file and identify any currently pending suits. Finally, Plaintiff must provide a copy of each prior complaint filed against the defendants in the suit he wishes to file, along with a certified record of its disposition. *See* Order, Doc. 6 (June 27, 2000), *Bristow, supra*, No. 4:00-cv-1461.

I find that Plaintiff has complied with the Court's Order. I grant Plaintiff's motion seeking leave to file a complaint against Defendants Cedar Fair, L.P. and Security Guard Craig M. (Doc. No. 1).

It is, therefore,

ORDERED THAT:

1. Plaintiff's Motion for Leave to File Complaint (Doc. 1) be, and the same hereby is, granted.

2. The Clerk's Office shall close Plaintiff's miscellaneous case, No. 3:23-mc-00033, and file Plaintiff's Complaint (Doc. 1-3) in a civil action; and

3. Within thirty (30) days from the date of this Order, Plaintiff shall either (1) pay the filing fee of $402.00, or (2) complete and file the application to proceed *in forma pauperis* attached to this Order. If Plaintiff elects to pay the filing fee, the check should be made payable to "Clerk, U.S. District Court" and clearly indicate the case number on the check. Failure to comply with this Order may result in dismissal of this action without further notice.

4. **THE GRANTING OF THIS APPROVAL IS CONDITIONAL: FAILING TO FOLLOW THE APPLICABLE RULES OF CIVIL PROCEDURE AND/OR ENGAGING IN VEXATIOUS CONDUCT THAT WRONGFULLY INTERFERES WITH THE ORDERLY PROGRESS OF THIS CASE OR THE CLERK'S ABILITY TO DOCKET AND ADMINISTER THIS CASE IN A NORMAL AND ORDERLY MANNER—INCLUDING BUT NOT LIMITED TO FILING MOTIONS, PLEADINGS, AND OTHER PAPERS THAT ARE EXCESSIVE OR PATENTLY UNJUSTIFIED AS A MATTER OF LAW—MAY**

**RESULT IN DISMISSAL OF THIS ACTION OR OTHER APPROPRIATE SANCTIONS UNDER FED. R. CIV. P. 11, 28 U.S.C. § 1927, OR THIS COURT'S INHERENT POWER.**

SO ORDERED.

                                                         */s/ James G. Carr*
                                                         Sr. U.S. District Judge